**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

vs.

Martin Rubio,

Defendant.

Criminal No. 02-202 (2) (RHK/AJB)

**ORDER**

---

In connection with the February 1, 2005 evidentiary hearing in this matter, both parties are directed to serve and file, by January 27, 2005, a list of proposed exhibits, a list of any witnesses to be called, and a brief narrative summary of each witness's proposed testimony.

Dated: January 24, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge