# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Martin Rubio,
,
,
Defendants.

**COURT MINUTES**
BEFORE: Richard Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cr. 02-202 |
| Date: | February 16, 2005 |
| Court Reporter: | Robert Riley |
| Tape Number: | |
| Time Commenced: | 9:30 |
| Time Concluded: | 10:30 |
| Time in Court: | 1 Hours & Minutes |

APPEARANCES:

Plaintiff: Joseph Dixon, Assistant U.S. Attorney
Defendant(s): Bruce Rivers for Martin Rubio 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained

Interpreter / Language: Beatriz Cabrera / Spanish

EVIDENTIARY HEARING - Martin Rubio and Alejandro Espinosa each called and sworn as witnesses.

Court to file order.

s/Deborah Siebrecht
Signature of Calendar Clerk