**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

vs.

Martin Rubio,

Defendant.

Criminal No. 02-202 (2) (RHK/AJB)
Civil No. 04-1026 (RHK)

**ORDER**

---

For the reasons set forth by the undersigned at the conclusion of the February 16, 2005 evidentiary hearing, which reasons are incorporated herein by reference, Defendant's Motion under 28 U.S.C. § 2255 (Doc. No. 52) is **DENIED**.

Although Defendant's § 2255 Motion also raises an issue with respect to the Court's denial of his request that he qualify for the safety valve, he stated that he did "not wish to go into the specifics, because this should have been raised on direct appeal." Had he pursued the issue here, it would have been to no avail. The sentencing transcript makes it abundantly clear that Defendant and his counsel acknowledged he had lied to government agents during his safety valve proffer. For that reason, unchallenged here, the Court found that he did not meet the requirements.

Dated: February 17, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge