Martin Rubio
Fed. Reg. No. 24314-112
Federal correctional Institution
3600 Guard Road
Lompoc, California 93436

RECEIVED
BY MAIL
JUN 06 2005
CLERK, US DIST. COURT
ST. PAUL, MN

June 1, 2005

United States District Court
District of Minnesota
316 North Robert Street, Rm 700
St. Paul, Minnesota 55101

**Re: Case No. CV 04-1026(RHK)** CR 02-202 RHK/AJB
**NOTICE OF APPEAL**

Your Honor,

I have just returned to the Federal Correctional Institution in Lompoc, California. Upon my return, I received your order issued February 17, 2005, in which you denied my request for relief under 28 U.S.C. § 2255.

I am asking that you accept this motion to appeal, because I have made a showing of excusable neglect. I hope that you can see, it was impossible for me to have anticipated your order, then file a timely Notice of appeal.

The issues that I plan on raising are:

1. that my counsel at the evidentiary hearing never visited me once while I was in the local jail, and could not have possibly been prepared to conduct a hearing.

2. That said counsel should have subpoenaed my family that would have testified that they contacted former counsel and asked him if he had filed the Notice of Appeal.

I could not believe that you would take me back to court from California to let an attorney commit more ineffective assistance of counsel in front of you.

Sincerely.

Martin Rubio

cc: United States Attorney
316 North Robert Street
St. Paul, Minnesota 55101

SCANNED
JUN 06 2005
U.S. DISTRICT COURT ST. PAUL